IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Victor Folk,                                          )
                                                     )
                    Plaintiff,                       )
                                                     )          Civil Action No. 9:26-cv-960-BHH
v.                                                   )
                                                     )          **ORDER**
Donavan Sanders and Anthony                          )
Russell, and Hampton County                          )
Sheriff Department,                                  )
                                                     )
                    Defendants.                      )
_____ )

       This matter is before the Court upon Plaintiff Victor Folk's ("Plaintiff") *pro se* amended complaint. (ECF No. 23.) In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B), D.S.C., the matter was referred to a United States Magistrate Judge for preliminary review.

       On June 9, 2026, the Magistrate Judge issued a report and recommendation ("Report"), outlining the issues and recommending that the Court summarily dismiss Plaintiff's amended complaint without further leave to amend and without issuance and service of process. (ECF No. 28.) In the Report, the Magistrate Judge found that the amended complaint fails to cure the deficiencies she identified in the initial complaint and ultimately fails to state a claim upon which relief can be granted. (*Id.*)

       Attached to the Magistrate Judge's Report was a notice advising Plaintiff of the right to file written objections to the Report within fourteen days of being served with a copy. To date, no objections have been filed.

       The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight, and the responsibility to make a final

determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a *de novo* determination only of those portions of the Report to which specific objections are made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of specific objections, the Court reviews the matter only for clear error. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'") (quoting Fed. R. Civ. P. 72 advisory committee's note).

Here, because no objections have been filed, the Court has reviewed the record and the findings of the Magistrate Judge for clear error. After review, the Court finds no clear error and agrees with the Magistrate Judge's analysis. **Accordingly, the Court adopts and incorporates the Magistrate Judge's Report (ECF No. 28), and the Court dismisses this action without further leave to amend and without issuance and service of process.**

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

July 13, 2026
Charleston, South Carolina

2